22cr181 MJD/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(B) |
| v. | ) 21 U.S.C. § 841(b)(1)(C) |
| | ) 21 U.S.C. § 853(p) |
| CHRISTOPHER MICHAEL JOHNSON, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With Intent To Distribute A Controlled Substance)

On or about March 10, 2022, in the State and District of Minnesota, the defendant,

**CHRISTOPHER MICHAEL JOHNSON,**

did unlawfully, knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2
(Possession With Intent To Distribute A Controlled Substance)

On or about February 28, 2022, in the State and District of Minnesota, the defendant,

**CHRISTOPHER MICHAEL JOHNSON,**



did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

If convicted of Counts 1 or 2 of this Indictment, the defendant,

### CHRISTOPHER MICHAEL JOHNSON,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation. The property subject to forfeiture includes, but is not limited to:

    a. $648.00 in U.S. Currency seized from the Defendant on February 28, 2022;

    b. $6475.00 in U.S. Currency seized from the Defendant on February 28, 2022;

    c. A Glock, Model SD40VE, .40 caliber, semi-automatic pistol bearing serial number HFS2902 seized from the Defendant's vehicle on February 28, 2022;

    d. A Glock, Model 21Gen4, .45 caliber, semi-automatic pistol bearing serial number BETP336, seized from the Defendant's vehicle on February 28, 2022;

    e. A Ruger, Model 57, 5.7 caliber, semi-automatic pistol bearing serial number 64158615, seized from the Defendant's vehicle on February 28, 2022;

United States v. Christopher Michael Johnson

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                 FOREPERSON