UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 22-181 MJD/ECW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR APPOINTMENT OF** |
| Christopher Michael Johnson, | ) | **SUBSTITUTE COUNSEL** |
| | ) | |
| Defendant. | ) | |

David Steinkamp, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Robert Lengeling, Suite 1050, 310 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

Upon application of the defendant, the Court finds that it is in the interest of justice that present counsel be relieved of his assignment to represent the defendant in the above entitled case. Accordingly, the Motion for Withdrawal of Counsel **(Doc. 38)** is **GRANTED**.

The Court directs that Kevin DeVore, Attorney ID 267302, a member of the CJA Conflicts Panel, be appointed as substitute counsel to continue the representation of the defendant before this Court.

Dated:  February 22, 2023            s/Michael J. Davis
                                     Michael J. Davis
                                     United States District Court