UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 22-CR-181 (NEB/ECW) |
| | ) | |
| v.      Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| CHRISTOPHER MICHAEL JOHNSON, | ) | **TO COMPLETE CASE** |
| | ) | |
| Defendant. | ) | |

Defendant, Christopher Michael Johnson, through his undersigned counsel, respectfully moves the Court for an Order granting him an extension of time to resolve his case. Defendant and his counsel need more time to review the evidence, to review options, and to discuss trial or resolution concerns with the government.

Accordingly, on behalf of Defendant, the undersigned moves the court to exclude the next six months from the Speedy Trial Act calculation. Defendant requested this delay, and he also gave the undersigned permission to electronically sign a waiver of speedy trial on his behalf. Said waiver will be file contemporaneously with this motion. The undersigned conferred with Assistant U.S. Attorney Samantha H. Bates who indicated the government does not object to this motion.

Respectfully submitted,

DEVORE LAW OFFICE, P.A.

Dated:  October 18, 2023

s/Kevin W. DeVore
Kevin W. DeVore, #267302
724 Bielenberg Drive, Suite 110
Woodbury, MN  55125
(651) 435-6500

Attorney for Christopher Michael Johnson